AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Du, Miranda M. | U.S. District Court, Nevada | 10/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

400 South Virginia Street
Reno, NV 89501

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | McDonald Carano Wilson LLP |
| 2. | Director | Nevada Women's Fund |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | McDonald Carano Wilson LLP Profit Sharing Plan with former law firm, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 10/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | McDonald Carano Wilson LLP; Gross Income | $134,740.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-employed Business |
| 2. 2012 | Eclipse Running - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 10/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | McDonald Carano Wilson LLP | Reception for investiture | $6,478.62 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Green Tree | Mortgage on rental property # 1 | P4 |
| 2. | PNC Mortgage | Mortgage on rental property # 2 | P4 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property # 1, Reno, NV | D | Rent | M | W | | | | | |
| 2. Rental Property # 2, Reno, NV | D | Rent | M | W | | | | | |
| 3. Kori LLC | | None | | | Sold | 01/01/12 | K | E | Members of Kori LLC |
| 4. Eclipse Running | E | Distribution | M | W | | | | | |
| 5. Ford Stock | | None | | | Sold | 12/05/11 | J | A | |
| 6. Citi Stock | | None | | | Sold | 12/05/11 | J | A | |
| 7. Southwest Stock | | None | | | Sold | 12/05/11 | J | A | |
| 8. Note from McDonald Carano | | None | | | Redeemed | 04/18/12 | K | | |
| 9. BMO Stable Principal Fund (formerly M&I) | A | Dividend | K | T | Distributed (part) | 10/31/12 | J | | |
| 10. PIMCO Total Return Fund | C | Dividend | L | T | Distributed (part) | 10/31/12 | J | | |
| 11. Oakmark Equity & Income Fund | B | Dividend | K | T | Distributed (part) | 10/31/12 | J | | |
| 12. Allianz NFJ Divident Value | B | Dividend | L | T | Distributed (part) | 10/31/12 | J | | |
| 13. Growth Fund of America | | None | | | Closed | 07/27/11 | L | | |
| 14. Goldman Sachs Mid Cap Value | B | Dividend | M | T | Distributed (part) | 10/31/12 | J | | |
| 15. Allianz Agic Opportunity | B | Dividend | L | T | Distributed (part) | 10/31/12 | J | | |
| 16. Invesco U.S. Government Fund | A | Dividend | | | Closed | 12/11/12 | J | | |
| 17. Invesco European Growth Fund | A | Dividend | | | Closed | 12/11/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 10/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Van Kampen American Franchise | A | Dividend | | | Closed | 12/11/12 | J | | |
| 19. Invesco Van Kapen Value Opportunities | A | Dividend | | | Closed | 12/11/12 | J | | |
| 20. Invesco Van Kampen Growth & Income Fund | A | Dividend | | | Closed | 12/24/12 | J | | |
| 21. LM CBA Equity Income Builder Fund | A | Dividend | | | Closed | 12/24/12 | J | | |
| 22. Legg Mason Global Currents International All Capp Opp. Fund | A | Dividend | | | Closed | 12/24/12 | J | | |
| 23. Legg Mason Clearbridge Small Cap Growth Fund | A | Dividend | | | Closed | 12/24/12 | K | | |
| 24. Wilmington Small Cap Growth Fund A (MTB Small Cap Growth F.) | | None | | | Closed | 12/24/12 | J | | |
| 25. Templeton Developing Markets Trust Class A | A | Dividend | | | Closed | 12/24/12 | J | | |
| 26. Citibank Bank Deposit Program | A | Interest | | | Closed | 12/24/12 | J | | |
| 27. DWS Core Equity A (formerly DWS Blue Chip A) | A | Dividend | J | T | | | | | |
| 28. DWS Global Small Cap Growth A | A | Dividend | J | T | | | | | |
| 29. DWS Equity Divident A (formerly DWS Strategic Value A) | A | Dividend | J | T | | | | | |
| 30. Nevada State Bank | A | Interest | L | T | | | | | |
| 31. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 32. Blackrock Capital Apprec (X) | A | Dividend | L | T | Distributed (part) | 10/31/12 | J | | |
| 33. McDonald Carano Wilson LLP | | | | | Distributed | 04/18/12 | M | F | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 10/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, item no. 4,                changed    business, Eclipse Running, from a sole proprietorship to an S corporation on March 1, 2012.

In Part VII, item no. 9, BMO Harris bank acquired M&I bank so the name of the fund changed from M&I Stable Principal Fund to BMO Stable Principal Fund.

In Part VII, item no. 24, MTB Small Cap Growth Fund changed its name to Wilmington Small Cap Growth Fund A.

In Part VII, item no. 27, DWS Blue Chip A's name changed to DWS Core Equity A as a result of an internal corporate action.

In Part VII, item no. 29, DWS Strategic Value A's name changed to DWS Equity Dividend A as a result of an internal corporate action.

| Name of Person Reporting | Date of Report |
|---|---|
| Du, Miranda M. | 10/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Miranda M. Du**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544